UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:16-CR-42- (1)

**FILED**
JUL 20 2016
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

IN RE:                              :
                                    :
ONE COUNT INDICTMENT                :    ORDER TO SEAL INDICTMENT
OF JULY 20, 2016                    :

Upon the motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on 20 July 2016, be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing arrest warrants for the defendants and to provide copies of the Indictment to the United States Attorney's Office and United States Probation Office.

It is FURTHER ORDERED that this matter will be unsealed upon Motion of the United States Attorney's Office.

This the 20th day of July, 2016.

JAMES E. GATES
UNITED STATES MAGISTRATE JUDGE