UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:16-CR-42-1D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| KIWANNA MONIKA LANGLEY | |

On motion of the Defendant, Kiwanna M. Langley, and for good cause shown, it is

hereby ORDERED that the **[DE # 69]** be sealed until further notice by this Court.

IT IS SO ORDER.

This **27** day of April, 2017.


JAMES C. DEVER
Chief United States District Judge